158 A.3d 1237

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Keith E. FULMER, Petitioner**

**No. 249 MAL 2016**

Supreme Court of Pennsylvania.

October 5, 2016

## ORDER

PER CURIAM

AND NOW, this 5th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justices Donohue and Mundy did not participate in the consideration or decision of this matter.